```
Alison M. Norris (SBN 248711)
GOODWIN PROCTER LLP
4365 Executive Drive – 3rd Floor
San Diego, CA 9212102125
Phone: (858) 202-2700
Fax: (858) 457-1255
ANorris@goodwinprocter.com

Attorney for Defendant
AEREO, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISON

| | |
|---|---|
| AMERICAN BROADCASTING COMPANIES, INC., DISNEY ENTERPRISES, INC., CBS BROADCASTING, INC., CBS STUDIOS INC., NBCUNIVERSAL MEDIA, LLC, NBC STUDIOS, LLC, UNIVERSAL NETWORK TELEVISION, LLC, TELEMUNDO NETWORK GROUP LLC, and WNJU-TV BROADCASTING LLC,<br><br>    Plaintiffs/Counterclaim Defendants<br><br>    v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | Case No. 5:12-mc-80300-RMW (PSG)<br><br>**NOTICE OF WITHDRAWAL OF ALISON M. NORRIS AS COUNSEL FOR DEFENDANT AEREO, INC.** |
| WNET; THIRTEEN FOX TELEVISION STATIONS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, WPIX, INC., UNIVISION TELEVISION NETWORK LIMITED PARTNERSHIP, and PUBLIC BROADCASTING SERVICE<br><br>    Plaintiffs/Counterclaim Defendants<br><br>    v.<br><br>AEREO, INC.<br><br>    Defendant/Counterclaim Plaintiff. | |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Local Rule 11-5, Alison M. Norris is no longer counsel of record for Defendant Aereo, Inc. and should be removed from the Court's ECF system. The ground for withdrawal is that Aereo, Inc. is currently being represented by Jennifer A. Golinvaeux of Winston & Strawn LLP. The undersigned certifies that this withdrawal will have no effect on the posture of the case or the court's calendar.

Dated: January 14, 2013

Respectfully submitted,

By: /s/ Alison M. Norris
Alison M. Norris (SBN 248711)
GOODWIN PROCTER LLP
4365 Executive Drive – 3rd Floor
San Diego, CA 9212102125
Phone: (858) 202-2700
Fax: (858) 457-1255
ANorris@goodwinprocter.com

Attorney for Defendant
AEREO, INC.

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in Washington, District of Columbia, and not a party to the above-entitled cause. On **January 14, 2013**, I electronically filed the following document(s) using the CM/ECF system.

**NOTICE OF WITHDRAWAL OF ALISON M. NORRIS AS COUNSEL FOR DEFENDANT AEREO, INC.**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. I further certify that some of the participants in the case are not registered CM/ECF users. I have caused a copy of the document above to be electronically transmitted via email to the addressees set forth below in accordance with the parties' agreement to be served electronically pursuant to Fed. R. Civ. P. 5(b)(2)(E), or Local Rule of Court, or court order.

| | |
|---|---|
| **David J. Bradford** | **Steven B. Fabrizo** |
| Email:dbradford@jenner.com | Email: sfabrizo@jenner.com |
| **Joshua Friedman** | **Kenneth D. Klein** |
| Email: joshuafriedman@jenner.com | Email: kklein@jenner.com |
| **Julie A. Shepard** | **Richard L. Stone** |
| Email: jshepard@jenner.com | Email: rstone@jenner.com |
| **Scott B. Wilkens** | **Bruce P. Keller** |
| Email: swilkins@jenner.com | Email: bpkeller@debevoise.com |
| **Michael R. Potenza** | |
| Email: mpotenza@debevoise.com | |

I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction this service was made and that the foregoing is true and correct.

Executed on **January 14, 2013**, at Washington, District of Columbia.

---
Jeffrey B. Sagor
(Type or print name)

*[signature]*
(Signature)

**NOTICE OF WITHDRAWAL OF ALISON M. NORRIS FOR DEFENDANT AEREO, INC.**
Case No. 5:12-mc-80300-RMW (PSG)